IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID W. PARVIN                                                         PETITIONER

V.                                              CIVIL ACTION NO.: 1:17CV102-GHD-JMV

THE STATE OF MISSISSIPPI                                                RESPONDENT

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered today, the petition for writ of habeas corpus filed in this cause is **DISMISSED** without prejudice for want of exhaustion. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED**, this the 13 day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE